Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter 7 _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Second Self , LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Second Self Beer Company |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-3654838 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1311 Logan Circle, NW | |
| Number        Street | Number        Street |
| | P.O. Box |
| Atlanta           GA     30318 | |
| City                      State    ZIP Code | City                      State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number        Street |
| | City                      State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | Secondselfbeer.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor    Second Self , LLC
_____    Case number (if known)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C.
§ 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

312120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                            MM / DD / YYYY

            District _____    When _____    Case number _____
                                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor    Jason Santamaria _____    Relationship    Affiliate _____

            District    Northern District of Georgia _____    When    06/27/2023
                                                                                MM / DD / YYYY

            Case number, if known    23-56015 _____

| Debtor | Second Self , LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Second Self , LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/2024
                        MM  / DD / YYYY

✘ /s/ Jason Santamaria                                    Jason Santamaria
Signature of authorized representative of debtor          Printed name

Title  Member/manager President

**18. Signature of attorney**

✘ /s/ Will Geer                              Date  10/29/2024
Signature of attorney for debtor                    MM / DD / YYYY

Will Geer
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta                                              GA        30329
City                                                 State     ZIP Code

404-584-1238                                         wgeer@rlkglaw.com
Contact phone                                        Email address

940493                                               GA
Bar number                                           State

**Fill in this information to identify the case:**

Debtor name _____Second Self , LLC_____

United States Bankruptcy Court for the: _____Northern District of Georgia_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................

   $ ____5,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................

   $ ____5,000.00

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................................

   $ __1,100,225.59

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..............................................................

   +$ __1,167,208.22

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

   $ __2,267,433.81

---

**Fill in this information to identify the case:**

Debtor name ___Second Self , LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Cadence | Checking | 9  9  9  8 | $ 5,000.00 |
| 3.2. | | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**    $ 5,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

Debtor   Second Self , LLC
         _____    Case number (if known)_____
         Name

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| **Part 3:** | **Accounts receivable** |

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.  Accounts receivable**

11a. 90 days old or less:   _____  –  _____  = ........➔    $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:      _____  –  _____  = ........➔    $_____
                            face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| **Part 4:** | **Investments** |

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                 % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Second Self , LLC
          _____                          Case number *(if known)*_____
          Name

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

Debtor     Second Self , LLC _____     Case number (if known)_____
                    Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Second Self , LLC
_____
Name

Case number (*if known*)_____

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    Second Self , LLC
         _____        Case number (if known)_____
         Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Name trademarks | $ 0.00 | _____ | $ 0.00 |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Second Self , LLC
          Name                                                    Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____   _____ – _____ = ➜   $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____   $_____
Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____   $_____
Nature of claim    _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**
_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   Second Self , LLC
         _____    Case number _(if known)_____
         Name

---

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 5,000.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 0.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ .................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $ 5,000.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................ 5,000.00   $ 5,000.00

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Second Self , LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A *Amount of claim* Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Synovus Bank | All assets of the Debtor | $ 600,225.59 | $ 0.00 |

Creditor's mailing address
1111 Bay Avenue, Suite 350
Columbus, GA 31901-0000

**Describe the lien**
Agreement you made

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| U.S. Small Business Administration | | $290,800.00 | $0.00 |

Creditor's mailing address
2 North Street
Ste. 320, Birmingham, AL 35203

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,100,225.59

Debtor   Second Self , LLC
          Name
                                                                    Case number *(if known)*_____

---

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
U.S. Small Business Administration

_____

**Creditor's mailing address**

2 North Street
Ste. 320, Birmingham, AL 35203

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

[ ]

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$209,200.00     $0.00

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

[ ]

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

---

Debtor  Second Self , LLC
_____
Name

Case number (*if known*)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Second Self , LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Second Self, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AC Myers
1390 WATER SHINE WAY

SNELLVILLE, GA 30078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alfa Laval Inc
5400 International Trade Drive

Richmond, VA 23231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,756.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981537

El Paso, TX 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,137.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Amit Patel
1874 CHAMDUN PLACE

Atlanta, GA 30341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 33,333.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Arylessence, Inc.
1091 Lake Dr,

Marietta, GA 30066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Belmark
600 Heritage Road

De Pere, WI 54115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,613.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Second Sell, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Brucker HVAC, LLC
5247 LOCKWOOD LANE

Powder Springs, GA 30127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 11,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.8** Nonpriority creditor's name and mailing address

Capital One Bank USA, NA
PO BOX 5253

Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 19,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.9** Nonpriority creditor's name and mailing address

Dalton Box
612 Callahan Rd SE

Dalton, GA 30721

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,898.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.10** Nonpriority creditor's name and mailing address

DCL H & I LLC
1119 PONTE VEDRA BLVD

Ponte Vedra Beach, FL 32082

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan Repayments

$ 86,928.48

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.11** Nonpriority creditor's name and mailing address

Del Barril Corp
Carr. 459, km 2.1 Calle Paraiso

Aguadilla, PR 603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,850.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Second Self, LLC
          Name                                                     Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Delta Packaging Systems, Inc
3000 Shawnee Industrial Way

Suwanee, GA 30024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 4,403.56

---

**3.13** Nonpriority creditor's name and mailing address

Dennis Liotta
3344 Peachtree Rd
#4802
Atlanta, GA 30326

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 150,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Gas South, LLC
3625 Cumberland Blvd, Suite 1500,

Atlanta, GA 30339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 5,089.96

---

**3.15** Nonpriority creditor's name and mailing address

Green Line Rates
196 Alps Rd STE 2 # 202

Athens, GA 30606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,200.00

---

**3.16** Nonpriority creditor's name and mailing address

Jason Santamaria
274 Norwood Ave.

Atlanta, GA 30317

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 219,623.22

---

Debtor    Second Self LLC _____    Case number _(if known)_____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Jeff Waters
1110 KINGSTON DRIVE

Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 30,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** Nonpriority creditor's name and mailing address

Lance Hollner
186 High Meadow Street
Simi Valley, CA 93065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 56,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** Nonpriority creditor's name and mailing address

Mahesh Patel
2821 PORTOFINO ROAD

SAINT AUGUSTINE, FL 32092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 33,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

Milan Patel
1664 FORESTA CT

Atlanta, GA 30341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 33,333.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** Nonpriority creditor's name and mailing address

Proximity Malt
644 South 5th Street

Milwaukee, WI 53204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 33,090.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Second Self, LLC _____    Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.22** Nonpriority creditor's name and mailing address

Rapid Finance
4500 East West Highway 6th Floor

Bethesda, MD 20814

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 43,837.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Saxco International
1775 W Oak Pkwy Ste 100

Marietta, GA 30062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 14,411.32

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

SEI Logan Chatt, LLC
1100 Spring Street NW, Suite 550

Atlanta, GA 30309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 32,548.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Suzannes Specialties
421 Jersey Ave B

New Brunswick, NJ 8901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,327.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Synovus Bank
1111 Bay Avenue, Suite 350

Columbus, GA 31901-0000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 96,402.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Second Self, LLC _____  Case number *(if known)* _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** | 27 | **Nonpriority creditor's name and mailing address**

United Distributors, Inc.
5500 United Dr SE

Smyrna, GA 30082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 90,000.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** | 28 | **Nonpriority creditor's name and mailing address**

United Maintenance Inc.
3687 McElroy Rd

Atlanta, GA 30340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 37,699.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** | 29 | **Nonpriority creditor's name and mailing address**

Wild Goose
633 CTC Blvd. Suite 100

Louisville, CO 80027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,125.70

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** | ___ | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** | ___ | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Second Self, LLC_____  Case number _(if known)_____
       Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,167,208.22 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,167,208.22 |

| Fill in this information to identify the case: |
|---|
| Debtor name Second Self , LLC |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number (If known): _____ Chapter 7 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 1311 Logan Circle N.W., Atlanta, Georgia 30318, Lessee | Selig Enterprises, Inc. 1100 Spring Street Northwest Suite 550 Atlanta, GA, 30309-0000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>Second Self , LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | Synovus Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | Synovus Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | U.S. Small Business Adm | ☑ D ☐ E/F ☐ G |
| 2.4 Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | U.S. Small Business Adm | ☑ D ☐ E/F ☐ G |
| 2.5 Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | Brucker HVAC, LLC | ☐ D ☑ E/F ☐ G |
| 2.6 Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | United Maintenance Inc. | ☐ D ☑ E/F ☐ G |

Debtor    <u>Second Self , LLC</u>                                                    Case number *(if known)* _____
                Name

 **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2._7_ Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2._8_ Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2._9_ Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2._10_ Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2._11_ Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | | Capital One Bank USA, NA | ☐ D<br>☑ E/F<br>☐ G |
| 2._12_ Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | | DCL H & I LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2._13_ Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | | Rapid Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2._14_ Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | | Rapid Finance | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Second Self , LLC

Name

Case number *(if known)*_____

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** | |

<div style="background:#e0e0e0">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</div>

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15  Jason Santamaria | 274 Norwood Ave. Atlanta, GA 30317 | SEI Logan Chatt, LLC | ❏ D<br>☑ E/F<br>❏ G |
| 2.16  Christopher Doyle | 1411 Logan Cir Marietta, GA 30062 | SEI Logan Chatt, LLC | ❏ D<br>☑ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ | | | ❏ D<br>❏ E/F<br>❏ G |

**Fill in this information to identify the case:**

Debtor name _____Second Self , LLC_____

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____320,137.25 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____847,417.54 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $_____ |

| Debtor | Second Self , LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **2**

| Debtor | Second Self , LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEI Logan Chatt, LLC vs. Second Self, LLC | | State Court of Fulton County | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>23DD001196<br>_____ | | 185 Central Ave.<br>Atlanta, GA 30303 | |
| 7.2. | **Case title**<br>Synovus Bank vs. Second Self, LLCet al. | Contract | **Court or agency's name and address**<br>State Court of Fulton County | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>23EV002768<br>_____ | | 185 Central Ave.<br>Atlanta, GA 30303 | |

---

| Debtor | Second Self , LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Second Self , LLC _____     Case number *(if known)* _____
       <u>Name</u>

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Rountree, Leitman, Klein & Geer, LLC | $5000.00 paid in 07/23 for general consultation work, and remainder of $3,750.50 transferred to Ch. 7 matter in 1/24. Debtor wired $3750 in 01/24 to total $7500.00 | 01/2024 | $ 7,500.50 |
| **Address** 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | | | |
| **Email or website address** www.rlkglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** _____ | | _____ | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **5**

Debtor    Second Self , LLC _____    Case number *(if known)* _____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Second Self , LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Second Self , LLC _____    Case number *(if known)* _____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Second Self , LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

Debtor    Second Self , LLC                                    Case number (*if known*)_____
_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **10**

Debtor____Second Self , LLC_____     Case number (*if known*)_____
　　　　　　　Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    Second Self , LLC
_____    Case number (if known)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **12**

Debtor    Second Self , LLC _____    Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2. _____ Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AC Myers, III | 1390 Water Shine Way, Snellville, GA 30078 | | 1.0 |
| Christopher Doyle | 1411 Logan Circle, Marietta, GA 30062 | Member Manager | 18.40 |
| Jason Santamaria | 274 Norwood Circle, NW, Atlanta, GA 30317 | | 21.5 |
| Will Austin | 1453 Woodland Drive NE, Atlanta, GA 30324 | | 0.3 |
| Andrew Zinkie | 587 Brownwood Avenue SE, Atlanta, GA 30316 | | 0.1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    Second Self , LLC
_____    Case number *(if known)*_____
Name

| | | |
|---|---|---|
| **Name and address of recipient** | _____ | _____ |
| 30.2 _____ | | _____ |
| Name | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/29/2024
_____
MM  / DD  / YYYY

✖ /s/ Jason Santamaria
_____    Printed name  Jason Santamaria
Signature of individual signing on behalf of the debtor    _____

Position or relationship to debtor  Member/manager President
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐  No
☑  Yes

Debtor Name    Second Self , LLC                                                    Case number (if known)_____

## Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Mark Smith | 292 Atlanta Avenue, SE, Atlanta, GA 30315 | 0.1 |
| Amanda Hoffman | 604 Virginia Avenue Apt 4206, Atlanta, GA 30306 | 0.1 |
| Jacob Jacob | 100 Chester Avenue, Atlanta, GA 30316 | 0.1 |
| Stephen and Teresa Dussault | 1980 Ellwyn Drive, Atlanta, GA 30341 | 0.1 |
| Andrew Talerico | 1226 S Presa Street Unit 108, San Antonio, TX 78210 | 2.30 |
| Argand Group, LLC | 140 Barksdale Drive, Atlanta, GA 30309 | 0.8 |
| Christopher Jones | 1788 Westmoreland Lane NW, Atlanta, GA 30318 | 1.7 |
| Matthew O'Bryan | 4974 Oak Trail Drive, Atlanta, GA 30338 | 3.8 |
| Dennis Liotta | #4802, Atlanta, GA 30326 | 14 |
| Amit P. Patel | 1874 CHAMDUN PLACE, Atlanta, GA 30341 | 2.3 |
| Mahesh R. Patel | 2821 Portofino Road, Saint Augustine, FL 32092 | 2.7 |
| Jeff Waters | 1110 Kingston Drive, Atlanta, GA 30342 | 3.6 |
| Lance Hollner | 186 High Meadow Street, Simi Valley, CA 93065 | 1.6 |
| Jon Massey | 269 Cutty Sark Way, Alpharetta, GA 30005 | 0.8 |
| Dean Shahriari | 11 Lakeview Square NW, Atlanta, GA 30318 | 0.8 |
| Michael Kruljac | 265 Danbridge Way, Roswell, GA 30076 | 0.8 |
| John Engleheardt | 4614 Devonshire Road, Atlanta, GA 30338 | 0.9 |
| Andrew and Pritti Doherty | 2092 Timball Road NW, Atlanta, GA 30318 | 3.6 |
| Milan Patel | 1664 Foresta Ct., Atlanta, GA 30341 | 2.7 |

Debtor Name  Second Self , LLC  _____

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

| | | |
|---|---|---|
| **SH Holdings, LLC** | **2950 MT WILKINSON PKWY #702, Atlanta, GA 30339** | **0.8** |
| **Alex and Charlie Reed** | **3256 Mae Avenue, Atlanta, GA 30319** | **0.4** |
| **Tim Gravitt Estate** | **1512 Liberty Pwky NW, Atlanta, GA 30318** | **0.40** |
| **Gregg Cohen** | **11175 Circero Drive Suite 100, Alpharetta, GA 30022** | **4.9** |
| **John Liotta** | **1607 Windsor Parkway NE, Atlanta, GA 30319** | **9.5** |

Official Form 207

**Statement of Financial Affairs for Non-Individuals**

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  Second Self , LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule _____*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/2024          ✘ /s/ Jason Santamaria

      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                            Jason Santamaria

                            Printed name

                            Member/manager President

                            Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**

Case No._____

Second Self , LLC

_____ Chapter 7

_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| AC Myers, III 1390 Water Shine Way, Snellville, GA 30078 | 1.0 | Other (C) |
| Christopher Doyle 1411 Logan Circle, Marietta, GA 30062 | 18.40 | Managing member |
| Jason Santamaria 274 Norwood Circle, NW, Atlanta, GA 30317 | 21.5 | Managing member |
| Will Austin 1453 Woodland Drive NE, Atlanta, GA 30324 | 0.3 | Common stockholder |
| Andrew Zinkie 587 Brownwood Avenue SE, Atlanta, GA 30316 | 0.1 | Common stockholder |
| Mark Smith 292 Atlanta Avenue, SE, Atlanta, GA 30315 | 0.1 | Common stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Second Self , LLC                                         Chapter  7
_____        _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Amanda Hoffman<br>604 Virginia Avenue Apt 4206, Atlanta, GA 30306 | 0.1 | Common stockholder |
| Jacob Jacob<br>100 Chester Avenue, Atlanta, GA 30316 | 0.1 | Common stockholder |
| Stephen and Teresa Dussault<br>1980 Ellwyn Drive, Atlanta, GA 30341 | 0.1 | Common stockholder |
| Andrew Talerico<br>1226 S Presa Street Unit 108, San Antonio, TX 78210 | 2.30 | Common stockholder |
| Argand Group, LLC<br>140 Barksdale Drive, Atlanta, GA 30309 | 0.8 | Other (B) |
| Christopher Jones<br>1788 Westmoreland Lane NW, Atlanta, GA 30318 | 1.7 | Common stockholder |

**United States Bankruptcy Court**

IN RE:

Second Self , LLC

_____

Case No._____

Chapter ___7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Matthew O'Bryan 4974 Oak Trail Drive, Atlanta, GA 30338 | 3.8 | Other (C) |
| Dennis Liotta #4802, Atlanta, GA 30326 | 14 | Other (C) |
| Amit P. Patel 1874 CHAMDUN PLACE, Atlanta, GA 30341 | 2.3 | Other |
| Mahesh R. Patel 2821 Portofino Road, Saint Augustine, FL 32092 | 2.7 | Other (C) |
| Jeff Waters 1110 Kingston Drive, Atlanta, GA 30342 | 3.6 | Other (C) |
| Lance Hollner 186 High Meadow Street, Simi Valley, CA 93065 | 1.6 | Other (C) |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Second Self , LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jon Massey<br>269 Cutty Sark Way, Alpharetta, GA 30005 | 0.8 | Other (C) |
| Dean Shahriari<br>11 Lakeview Square NW, Atlanta, GA 30318 | 0.8 | Other (C) |
| Michael Kruljac<br>265 Danbridge Way, Roswell, GA 30076 | 0.8 | Other (C) |
| John Engleheardt<br>4614 Devonshire Road, Atlanta, GA 30338 | 0.9 | Other (C) |
| Andrew and Pritti Doherty<br>2092 Timball Road NW, Atlanta, GA 30318 | 3.6 | Other (C) |
| Milan Patel<br>1664 Foresta Ct., Atlanta, GA 30341 | 2.7 | Other (C) |

**United States Bankruptcy Court**

IN RE:                                                              Case No._____

Second Self , LLC                                                  Chapter _7_____
_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| SH Holdings, LLC<br>2950 MT WILKINSON PKWY #702, Atlanta, GA 30339 | 0.8 | Other (C) |
| Alex and Charlie Reed<br>3256 Mae Avenue, Atlanta, GA 30319 | 0.4 | Common stockholder |
| Tim Gravitt Estate<br>1512 Liberty Pwky NW, Atlanta, GA 30318 | 0.40 | Common stockholder |
| Gregg Cohen<br>11175 Circero Drive Suite 100, Alpharetta, GA 30022 | 4.9 | Other (C) |
| John Liotta<br>1607 Windsor Parkway NE, Atlanta, GA 30319 | 9.5 | Other (C) |

United States Bankruptcy Court

Northern District of Georgia

In re:   Second Self , LLC

Case No.

Chapter   7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    10/29/2024

/s/ Jason Santamaria

Signature of Individual signing on behalf of debtor

Member/manager President

Position or relationship to debtor

AC Myers
1390 WATER SHINE WAY
SNELLVILLE, GA 30078

Alfa Laval Inc
5400 International Trade Drive
Richmond, VA 23231

American Express
PO Box 981537
El Paso, TX 79998

Amit Patel
1874 CHAMDUN PLACE
Atlanta, GA 30341

Arylessence, Inc.
1091 Lake Dr,
Marietta, GA 30066

Belmark
600 Heritage Road
De Pere, WI 54115

Brucker HVAC, LLC
5247 LOCKWOOD LANE
Powder Springs, GA 30127

Capital One Bank USA, NA
PO BOX 5253
Carol Stream, IL 60197

Christopher Doyle
1411 Logan Cir
Marietta, GA 30062

Dalton Box
612 Callahan Rd SE
Dalton, GA 30721

DCL H & I LLC
1119 PONTE VEDRA BLVD
Ponte Vedra Beach, FL 32082

Del Barril Corp
Carr. 459, km 2.1 Calle Paraiso
Aguadilla, PR 603

Delta Packaging Systems, Inc
3000 Shawnee Industrial Way
Suwanee, GA 30024

Dennis Liotta
3344 Peachtree Rd
Atlanta, GA 30326

Gas South, LLC
3625 Cumberland Blvd, Suite 1500,
Atlanta, GA 30339

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Green Line Rates
196 Alps Rd STE 2 # 202
Athens, GA 30606

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jason Santamaria
274 Norwood Ave.
Atlanta, GA 30317

Jeff Waters
1110 KINGSTON DRIVE
Atlanta, GA 30342

Lance Hollner
186 High Meadow Street
Simi Valley, CA 93065

Mahesh Patel
2821 PORTOFINO ROAD
SAINT AUGUSTINE, FL 32092

Milan Patel
1664 FORESTA CT
Atlanta, GA 30341

Proximity Malt
644 South 5th Street
Milwaukee, WI 53204


Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814


Saxco International
1775 W Oak Pkwy Ste 100
Marietta, GA 30062


SEI Logan Chatt, LLC
1100 Spring Street NW, Suite 550
Atlanta, GA 30309


Selig Enterprises, Inc.
1100 Spring Street Northwest
Suite 550
Atlanta, GA 30309-0000


Suzannes Specialties
421 Jersey Ave B
New Brunswick, NJ 8901


Synovus Bank
1111 Bay Avenue, Suite 350
Columbus, GA 31901-0000


U.S. Small Business Administration
2 North Street
Ste. 320
Birmingham, AL 35203


United Distributors, Inc.
5500 United Dr SE
Smyrna, GA 30082


United Maintenance Inc.
3687 McElroy Rd
Atlanta, GA 30340


Wild Goose
633 CTC Blvd. Suite 100
Louisville, CO 80027

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** Second Self , LLC

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
above named debtor(s) and that compensation paid to me within one year before the filing of the
petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,162.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 7,162.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
   are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
   are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
   of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
   bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
      whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be
      required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any
      adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/29/2024

*Date*

/s/ Will Geer, 940493

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329